2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

USA
§
§
*versus*
§   CIVIL ACTION B- 00-015
§
Arsenio Avila
§

United States District Court
Southern District of Texas
ENTERED

## Order Setting Conference

JAN 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

1.  A status conference will be held on:

    _____04-26_____, 2000,

    at __2:30__ p .m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2.  To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.  Each party shall appear **in person** by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.  The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

    Signed ___January 24th___, 2000, at Brownsville, Texas.

    _____
    Hilda G. Tagle
    United States District Judge