

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 0 8 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. B-00-015 |
| § | (Claim No. C99-25573) |
| ARSENIO AVILA, § | |
| Defendant § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Arsenio Avila without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that it has settled the matters in dispute relating to the claim, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED May 5, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge